# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Aaron Chase-Keyes,
      Plaintiff,

v.

Matt Evans, Sophia Evans, Athena Evans, and Taylor Evans,
      Defendants.

Civil Action No. _____

## COMPLAINT FOR DAMAGES

Plaintiff Aaron Chase-Keyes brings this action against Matt Evans, Sophia Evans, Athena Evans, and Taylor Evans for unlawful surveillance, harassment, stalking, invasion of privacy, and coordinated nuisance actions that have resulted in emotional distress, property devaluation, and psychological harm.

### I. JURISDICTION AND VENUE

1. Jurisdiction is proper under 28 U.S.C. § 1332 as the amount in controversy exceeds $75,000 and involves parties who reside in the same state.

2. Venue is proper under 28 U.S.C. § 1391 because the events giving rise to these claims occurred within this District.

### II. PARTIES

3. Plaintiff Aaron Chase-Keyes resides in Springfield Township, Montgomery County, Pennsylvania.

4. Defendants Matt Evans, Sophia Evans, Athena Evans, and Taylor Evans reside in Pennsylvania and engaged in the acts giving rise to this action within the jurisdiction of this Court.

### III. FACTUAL BACKGROUND

5. Defendants installed and directed a surveillance camera into Plaintiff's backyard, violating Plaintiff's reasonable expectation of privacy.

6. Defendants engaged in a pattern of coordinated stalking and harassment causing Plaintiff severe emotional distress.

7. Plaintiff suffered diminished property value and loss of use and enjoyment of his home due to defendants' actions.

8. Crystal grid documentation and forensic visual layouts were recorded to validate energetic intrusion.

9. Sentencing projection and damages revenue matrix estimate significant civil and criminal liability.

## IV. CAUSES OF ACTION

- COUNT I – Invasion of Privacy (18 Pa. C.S. § 7507.1)

10. Defendants intruded into Plaintiff's seclusion by mounting and pointing surveillance devices directly into Plaintiff's backyard.

- COUNT II – Harassment (18 Pa. C.S. § 2709)

11. Defendants engaged in repeated and intentional harassment, causing Plaintiff mental anguish.

- COUNT III – Stalking (18 Pa. C.S. § 2709.1)

12. Defendants followed a repeated course of conduct intending to harass and intimidate Plaintiff.

- COUNT IV – Common Law Nuisance

13. Defendants' coordinated intrusion constituted a nuisance, affecting Plaintiff's quality of life and emotional well-being.

## V. DAMAGES

14. Plaintiff seeks the following relief, totaling $5,000,000:

| Category | Estimated Range |
|---|---|
| Emotional Distress | $1,000,000 – $2,000,000 |
| Property Value Harm | $250,000 – $500,000 |
| Punitive Damages | $2,000,000 – $2,500,000 |
| Legal Fees & Costs | $50,000 – $100,000 |
| Total Expected Recovery | ≈ $5,000,000 |

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against the Defendants as follows:

A. Compensatory damages;

B. Punitive damages;

C. Legal fees and costs;

D. Any other relief this Court deems just and proper.


Respectfully submitted,

Aaron Chase-Keyes
[Address / Email / Phone]