# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON CHASE-KEYES,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 25-CV-5989 |
| MATT EVANS, *et al.*,<br>    Defendants. | :<br>:<br>: |

## ORDER

**AND NOW**, this 17th day of December 2025, upon consideration of Plaintiff Aaron Chase-Keyes's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 6) and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 6) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Chase-Keyes's Motion to Reconsider Denial of *In Forma Pauperis* Status (ECF No. 5) is **DENIED as moot**.

3. The Complaint is **DEEMED** filed.

4. Chase-Keyes's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's accompanying Memorandum.

5. The Clerk of Court shall **CLOSE** this case.

                                                    **BY THE COURT:**

                                                    **S/ WENDY BEETLESTONE**

                                                    **WENDY BEETLESTONE, C. J.**